IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CR-194-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) **ORDER** |
| JIMMY MCKOY ROUSE, | ) |
| Defendant. | ) |

On March 10, 2021, the case was reassigned. On March 22, 2021, defendant's counsel moved to withdraw [D.E. 109]. On March 23, 2021, the court granted defense counsel's motion to withdraw [D.E. 110]. On March 28, 2021, defendant's new counsel filed a notice of appearance [D.E. 111].

Counsel shall consult and propose trial dates. Proposed trial dates are due by April 23, 2021. The court finds that the ends of justice served by granting this extension outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this extension is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A). The delay will permit counsel for defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the pandemic. See id. § 3161(h)(7)(B)(iv).

SO ORDERED. This 29 day of March 2021.

JAMES C. DEVER III
United States District Judge