IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CR-194-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JIMMY MCKOY ROUSE, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in open court on October 4, 2021, defendant's motion to exclude evidence [D.E. 140] is DENIED. With the consent of the parties, the trial in this case is rescheduled from Monday, October 4, 2021, to Monday, January 3, 2022, in courtroom one of the Terry Sanford Federal Building and United States Courthouse, 310 New Bern Avenue, Raleigh, North Carolina. See Fed. R. Crim. P. 16(d)(1).

The court finds that the ends of justice served by granting this extension outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this extension is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A). The delay will permit counsel for defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the pandemic. See id. § 3161(h)(7)(B)(iv).

SO ORDERED. This 4 day of October, 2021.

JAMES C. DEVER III
United States District Judge