UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No: 7:19-CR-194-1D

**UNITED STATES OF AMERICA**

vs.                                                          **ORDER**

**JIMMY MCKOY ROUSE**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on January 4, 2022 be turned over to Detective Kevin Perry to be retained in his/her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No: | Description: |
| --- | --- |
| 104 | Draco |
| 6 | Methamphetamine |
| 12 | Methamphetamine |
| 23 | Methamphetamine |
| 35 | Methamphetamine |
| 56 | Marijuana |

This 4th day of January, 2022.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____