**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**Case No: 7:19-CR-194-1D**

**UNITED STATES OF AMERICA**

vs.                                                                                                   **ORDER**

**JIMMY MCKOY ROUSE**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on January 5, 2022 be turned over to <u>Detective Kevin Perry</u> to be retained in his/her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No: | Description: |
| --- | --- |
| 52 | Heroin |
| 61 | Methamphetamine |
| 77 | Methamphetamine |
| 123 | Silver Handgun |
| 125 | Cell Phone |
| 126 | Cell Phone |
| 127 | Cell Phone |
| 128 | Green Scale |
| 129 | Cash Bag |
| 130 | Cash Bag |
| 131 | Meth Bag |
| 132 | Brown Bag |
| 107 | Methamphetamine |
| 110 | Methamphetamine |
| 137 | Paraphernalia |
| 143 | Scale |
| 141 | Cell Phone |
| 135 | Paraphernalia |
| 133 | Empty Magazine |
| 144 | Green Leafy Substance |
| 146 | Green Leafy Substance |
| 138 | Paraphernalia |
| 145 | Lighter |
| 140 | Marijuana grinder |
| 142 | Scale |
| 136 | Paraphernalia |

| 134 | Loaded Magazine |
| 139 | Marijuana Grinder |

This 5th day of January, 2022.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____